# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY SEGNERE | : | CIVIL ACTION |
| v. | : | |
| PARKHOUSE NURSING AND REHABILITATION CENTER, L.P., et al | : | NO. 21-cv-4555 |

**O R D E R**

AND NOW this 18th day of April 2022, it is hereby **ORDERED** that the settlement conference in the above-captioned matter has been rescheduled to May 23, 2022, at 10:00 a.m. All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE